## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LOLA HANCOCK, | ) | Case No. 7:09-CV-00019 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| SYNERGETIC COMMUNICATION, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF VOLUNTARY DISMISSAL

NOW COMES Plaintiff LOLA HANCOCK, by and through attorneys, KURZ & FORTAS, LLC, in the above-styles matter, and hereby voluntarily dismisses **WITHOUT** prejudice the above-styles case and requests the Clerk of the Court to enter on the records of the Court that such Complaint has been settled and DISMISSED WITHOUT PREJUDICE.

This __26th__ day of __August__, 2009.

Respectfully submitted,

_/s/ E. Scott Fortas_

E. Scott Fortas
GA Bar No. 269980
*Kurz & Fortas, LLC*
Attorneys for Plaintiff
1932 N. Druid Hills Rd, Suite 200
Atlanta, Georgia 30319
(404) 856-3888
(404) 856-3892 (fax)
sfortas@kurzandfortas.com